No. 71–757. KING ET AL. *v.* JONES ET AL. C. A. 6th Cir. Certiorari granted. Judgment of the Court of Appeals vacated and case remanded to the District Court for the Northern District of Ohio with directions to dismiss proceedings as moot.

No. A–520. IN RE DISBARMENT OF SAMPLES. It having been reported to the Court that Franklin P. Samples of Huntsville, Alabama, has been disbarred from the practice of law by the Supreme Court of Alabama, duly entered September 1, 1971, and this Court by order of November 22, 1971 [404 U. S. 963], having suspended the said Franklin P. Samples from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent, and that the time within which to file a return to the rule has expired;

IT IS ORDERED that the said Franklin P. Samples be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.

No. A–771. PESOLI ET AL. *v.* MURPHY ET AL. C. A. 7th Cir. Application for temporary injunction presented to MR. JUSTICE REHNQUIST, and by him referred to the Court, denied. MR. JUSTICE DOUGLAS is of the opinion that the application should be granted as to applicant Pesoli, he having been suspended solely on the ground that he invoked the self-incrimination clause of the Fifth Amendment.

No. A–775. CULADO *v.* UNITED STATES. C. A. 2d Cir. Application for stay of mandate presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.